**F I L E D**

KC

MAR 17 2008
Mar 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Cause No:_____

| | | |
|---|---|---|
| HOWARD LEVENTHAL, | ) | In a petition for removal from the Circuit |
| Petitioner (Respondent below), | ) | Court of Lake County, IL |
| | ) | |
| v. | ) | |
| | ) | |
| MARY HANDELAND, | ) | State court cause nos.:05 D 808 and |
| Respondent (Petitioner below), | ) | 08 OP 334 |
| | ) | |
| and, in re: the support and welfare | ) | |
| of AMELIA WENYING HANDELAND- | ) | **08CV1547** |
| LEVENTHAL, minor child of the parties. | ) | **JUDGE LINDBERG** |

**Notice of Appearance**  **MAGISTRATE JUDGE KEYS**

Petitioner, Howard Leventhal, respectfully provides the Clerk with the following:

| | |
|---|---|
| Name: | Howard Leventhal |
| Address: | 335 Richert Rd. |
| | Wood Dale, IL 60191 |
| Telephone: | 847-804-4008 |
| Fax: | 312-896-9235 |
| Accept service by Fax? | Yes |
| Computer email address: | hleventhal@hotmail.com |
| Accept service by email? | Yes |

Respectfully submitted,

_____
Howard Leventhal

**CERTIFICATE OF SERVICE**

I hereby certify that, on this _17th_ day of March, 2008, a true and complete copy of the foregoing appearance, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in the lower state proceedings.

_____
Howard Leventhal

1