# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1547 | **DATE** | March 18, 2008 |
| **CASE TITLE** | Leventhal vs. Handeland | | |

**DOCKET ENTRY TEXT**

The Court, *sua sponte*, strikes Petitioner Leventhal's removal petition [1] and remands this case to the Circuit Court of Lake County, Illinois. 28 U.S.C. § 1446(a) requires parties desiring to remove a case to federal court to "file in the district court. . .a copy of all process, pleadings, and orders served upon [it]" in the state case. 28 U.S.C. § 1446(a). Here, Petitioner Leventhal did not file copies of the state court pleadings. He has therefore failed to establish the Court's subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|