# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Leventhal | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1547 |
| Handeland | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Leventhal's petition is remanded to the Circuit Court of Lake County, Illinois. 28 U.S.C. § 1446(a).

Michael W. Dobbins, Clerk of Court

Date: 3/18/2008           _____
                          /s/ Sandra L. Brooks, Deputy Clerk